IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
FOLEY SQUARE DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | |
| Plaintiff, | |
| v. | Case No. 1:22-cv-04723-JPC |
| JOHN DOE, subscriber assigned IP address 98.13.210.150, | Judge John P. Cronan |
| Defendant. | |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
### WITHOUT PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP address 98.13.210.150. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  August 22, 2022

Respectfully submitted,

By:  /s/ *Jacqueline M. James*
Jacqueline M. James, Esq. (1845)
The James Law Firm, PLLC
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601
T:  914-358-6423
F:  914-358-6424
E-mail: jjames@jacquelinejameslaw.com
*Attorney for Plaintiff*

The Court construes this filing as a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i) which allows a plaintiff to dismiss an action without a court order.

Accordingly, the Clerk of Court is respectfully directed to close this case.

SO ORDERED.
Date: August 23, 2022
New York, New York

JOHN P. CRONAN
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Jacqueline M. James*
Jacqueline M. James